# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EE484726285GB addressed to James, 1437 St, Apt 306, San Diego CA 92101, United States of America

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0535

FILED
08 FEB 27 AM 9:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: P. G. Garn, Postal Inspector _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn, Affiant, who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 3/3/08
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to WILLIAM McCURINE, JR.
                                                                                U. S. Judge or Magistrate
as required by law.

2/27/08, 1338 hrs _____ at San Diego, CA
Date and Time Issued                City and State

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_/s/ McCurine Jr._
Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-22-2008 | 2-26-2008    1130 | USPS |

INVENTORY MADE IN THE PRESENCE OF

Det. Steve Reed and Inspector P.G. Gavn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Express Mail EE484726285GB

To James
1437 St. Apt 306
San Diego CA 92101
United States of America

containing - news paper packing
 - bundles of khat
 approx wt. 9.9 Kg

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

T G GAVN

Subscribed, sworn to, and returned before me this date.

U McCurine Jr.   2/27/08

U.S. Judge or Magistrate   Date